UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:00-cr-0043-WTL-DML |
| ) | |
| WADE M. HAVVARD, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that Wade Havvard's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1 (a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as follows:

1. The Defendant's supervised release shall be REVOKED.

2. Defendant shall be sentenced to the custody of the Attorney General or his designee for a period of 24 months with no supervised release to follow.

3. This sentence is to be served concurrently with the sentence imposed against Mr. Havvard in case No. 1:14-cr-67-SEB-DKL-5.

SO ORDERED this 21st day of July, 2016

_William T Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel by electronic notification via CM/ECF